IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY B MILLER, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:23-CV-01696-E-BN |
| VIRGINIA TALLEY DUNN, | § § § | |
| Defendant. | § § § § | |

### ORDER

On August 15, 2023, the Court entered a show cause order, instructing Miller to respond and supplement the notice removal by a date certain. On August 24, 2023, Miller filed his "LR 81.1 State Court Documents," which timely supplemented the notice of removal. (ECF No. 20). On August 31, 2023, Miller timely filed his "Petitioner's Response to Court's Show Cause Order on 'Bad Faith.'" (ECF No. 21). The Court REFERS the Show Cause Hearing to United States Magistrate Judge David L. Horan for hearing and for recommendation.

**SO ORDERED.**

5th day of September, 2023.

_Ada Brown_
Ada Brown
UNITED STATES DISTRICT JUDGE